**ADANTÉ D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LAWYERSFTP.COM
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff
XAVIER PITTMAN

DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
THOMAS S. LAKRITZ, State Bar #161234
S. PATRICK KELLY, State Bar # 275031
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3963
Facsimile:   (415) 554-3837
E-Mail:      tom.lakritz@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
ZACHARY MCAULIFFE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER PITTMAN, an individual; | Case No.: 3:22-cv-02412-LB |
| Plaintiff, | |
| v. | **JOINT CASE MANAGEMENT STATEMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | Hearing Date: February 16, 2023 Time: 9:30 AM |
| Defendants. | Place: Via Zoom |

Pursuant to the Standing Order for United States Magistrate Judge Laurel Beeler Section IV(2), Counsel for Plaintiff and Defendants (hereinafter, "the Parties") hereby submit the following Joint Case Management Conference Statement:

1. **Settlement Conferences**

The Parties conducted a settlement conference with Judge Nathanael Cousins on January 10, 2023, but were unable to reach a resolution. The Parties will be conducting another settlement conference with Judge Cousins on February 10, 2023 at 9:30 A.M.

2. **Discovery**

The Parties have both engaged in written discovery and preliminary document disclosures. The Parties are waiting to engage in more substantive discovery, such as depositions, in hopes that this matter may be resolved at the upcoming settlement conference.

3. **Outstanding Discovery Dispute**

The Parties submitted a Joint Discovery Dispute Letter on February 9, 2023 (ECF No. **31)** regarding an outstanding discovery dispute.

4. **Upcoming Case Management Conference**

The Parties propose that the upcoming case management conference on February 16, 2023, be converted into a hearing on the outstanding discovery dispute. At that time the Parties can update the Court on the status of settlement discussions in light of the February 10, 2023 settlement conference.

//

//

//

//

Dated:  February 9, 2023        POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

/s/ Ty Clarke
Ty Clarke
Attorney for Plaintiff
XAVIER PITTMAN

Dated:  February 9, 2023

/s/ S. Patrick Kelly
S. Patrick Kelly
Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO and ZACHARY MCAULIFFE